Per Curiam.

## Roebuck v. Adams.

Appeal from Birmingham City Court, in Equity.

Heard before the Hon. H. A. Sharpe.

White & Howze and W. M. Spencer, for appellant.

W. C. Ward, contra.

The bill in this case was filed by the appellant to have ancelled a deed which was executed to her daughter, nnie E. Adams, who had died subsequent to the execu-on of the deed. The title to the land of decedent had ecome vested in the appellee, a half brother of the only on of Annie E. Adams. The appeal is from a decree f the court dismissing the bill. Affirmed.

Opinion by McClellan, J.